NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

DELTON PRESCOTT, JR., *Petitioner.*

No. 1 CA-CR 16-0374 PRPC
FILED 12-19-2017

Petition for Review from the Superior Court in Maricopa County
No. CR2014-111126-001
The Honorable Rosa Mroz, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Delton Prescott, Jr., San Luis
*Petitioner*

Maricopa County Attorney's Office, Phoenix
By David R. Cole
*Counsel for Respondent*

---

**MEMORANDUM DECISION**

Presiding Judge James P. Beene, Judge Randall M. Howe and Judge Kent E. Cattani delivered the following decision.

---

**PER CURIAM:**

**¶1**        Petitioner Delton Prescott, Jr. seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is Petitioner's first petition for post-conviction relief.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**        We grant review and deny relief.

